UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:

LIGHTHOUSE GLOBAL PARTNERS, LLC,

         Debtor.
----------------------------------------------------------x

Chapter 11

Case No. 10-16501 (SMB)

**DECLARATION OF ROBERT J. BRADLEY UNDER LOCAL
RULE 1007- 2(a) IN CONNECTION WITH CHAPTER 11 FILING**

ROBERT J. BRADLEY declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am a managing member of Lighthouse Global Partners, LLC (the "Debtor"), the above-referenced debtor.

2. I submit this declaration under S.D.N.Y. Local Rule 1007-2(a) in connection with the filing of the Debtor's chapter 11 case, under title 11, United States Code (the "Bankruptcy Code").

**Nature of Debtor's Business and Assets**

3. The Debtor is a Delaware limited liability company. Its principal executive office in New York was located at 420 Lexington Avenue, Suite 1430, New York, New York 10170.

4. The Debtor is a holding company which owns 98.5744% of the stock of Lighthouse Financial Group, LLC ("LFG").

5. LFG was a securities brokerage firm registered with the Securities and Exchange Commission ("SEC"), and was therefore also a member of and subject to the rules of the Financial Industry Regulatory Authority ("FINRA"). The SEC imposes a Uniform Net Capital Rule 15c3-1 ("Net Capital Rule"), which requires (i) the maintenance of minimum net capital, and (ii) that the ratio of aggregate indebtedness to net capital not exceed 15 to 1. On or about August 3, 2010, FINRA notified LFG that it was out of compliance with the Net Capital Rule and needed to immediately cease conducting a securities business.

6. Since August 3, 2010, LFG has not engaged in any securities business other than liquidating transactions for existing positions.

7. Due to the above, the Debtor lost its main source of revenue and decided to wind-down its remaining business. The Debtor's assets include only a few bank accounts with minimal balances.

8. In this chapter 11 case, the Debtor intends to wind-down its remaining business, and liquidate any and all assets for the benefit of its creditors.

9. The Debtor has no employees and no operations. Christopher LaGrego, Jeffrey J. Morfitt and myself, are the only Managing Members of the Debtor. The only remaining officers of LFG are Christopher LaGrego, as Chief Risk Officer, and myself, as Chief Operating Officer. I receive a salary from LFG for the services I render to the Debtor and LFG.

**The Debtor's Liabilities and Assets**

10. The Debtor estimates that it owes approximately $7,410,753.46 in unsecured claims, and approximately $3,549.49 in priority tax debt.

11. The Debtor has no secured debt.

**Information Required By Local Rule 1007-2**

12. It is my understanding that Local Rule 1007-2 requires the Debtor to disclose certain information relating to the Debtor's assets, liabilities and financial condition. That information is set forth in **Exhibit "A"** annexed hereto.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

SB/767698.1/059558

**Conclusion**

13. The Debtor believes that with the protection of this Court, it will be able to marshal and liquidate its assets, wind-down its affairs in an orderly manner and obtain the highest possible value of its assets for the benefit of creditors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2010

**LIGHTHOUSE GLOBAL PARTNERS, LLC**

By: /s/ Robert J. Bradley
Name: Robert J. Bradley
Title: Managing Member

SB/767698.1/059558