BENJAMIN SE JON KIM
201 EAST 15TH STREET
APARTMENT 2H
NEW YORK, NY 10003


BETSY & NICHOLAS LOCILENTO
93 REGIS COURT
PARAMUS, NJ 07652


BLANK ROME LLP
ATTN: LEONARD D. STEINMAN
405 LEXINGTON AVENUE
NEW YORK, NY 10174


CHRISTOPHER CERVINO
11 MAGNOLIA LANE
CEDAR GROVE, NJ 07009


CHRISTOPHER FOXALL
15 OVERBROOK DRIVE
STAMFORD, CT 06906


CHRISTOPHER LAGREGO
8 DEL MAR WAY
MONROE TOWNSHIP, NJ 08831


DAVID U. GOUREVITCH
950 THIRD AVENUE
15TH FLOOR
NEW YORK, NY 10022


DAVID VROUBEL
21 STUYVESANT OVAL
APT. 12D
NEW YORK, NY 10009


FINRA
PO BOX 7777-W5050
PHILADELPHIA, PA 19175-5050


FREPATH CO. F/B/O VINCENT
MISCIA PROFIT SHARING PLAN
610 NORTH MAIN STREET
FREMONT, NE 68025

GUSRAE, KAPLAN BRUNO & NUSBAUM
ATTN: MARTIN H. KAPLAN
120 WALL STREET
NEW YORK, NY 10005

HATIM YOUSSEF
58 WALKER STREET, APARTMENT 1
NEW YORK, NY 10013

HONORABLE ANGAD PAUL
C/O CAPARO PLC
103 BAKER STREET
LONDON W1U6LN

HONORABLE ANJLI PAUL
C/O CAPARO PLC
103 BAKER STREET
LONDON W1U6LN

INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

INTERNAL REVENUE SERVICE
10 METRO TECH CENTER
625 FULTON STREET
BROOKLYN, NY 11201

JANUSZ KRYSINKI
2529 NORTH MILWAUKEE
CHICAGO, IL 60647

JEFFREY J. MORFIT
965 EDGEWOOD AVENUE
PELHAM, NY 10803

JEFFREY WALLNER
44 WEST 69TH STREET
APT. 1B
NEW YORK, NY 10023

JEROME E. JACOBS, TRUSTEE
J. JACOBS P.C. DEF. BENEFITS
9202 N. 52ND PLACE
PARADISE VALLEY, AZ 85253

JESS MOGUL
326 WEST 87TH STREET
NEW YORK, NY 10024


JOHN LUPPO
7000 BLVD. EAST TOWER 1
APT. 43A
WEST NEW YORK, NJ 07093


JOSEPH D. DIACO
145 EAST 15TH STREET
APT. 1R
NEW YORK, NY 10003


JUDD A. SEROTTA, ESQ.
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103


JUREI, LLC
AND WYNTHROP BARRINGTON, INC.
5662 CALLE REAL #118
GOLETA, CA 93117


LEWIS HENDLER
1166 TIMBERGATE DRIVE
JENKINTOWN, PA 19046


LIGHTHOUSE FINANCIAL GROUP,LLC
THE CHRYSLER BUILDING
132 E 43RD ST., SUITE 135
NEW YORK, NY 10017


LIQUID CLAIMS LLC
109 WHITE OAK LANE
SUITE 200-N
OLD BRIDGE, NJ 08857


LOGAN V. CHAMBERLAIN
901 VENETIA BAY BOULEVARD
SUITE 257
VENICE, FL 34292

LOWRIE, LANDO & ANASTASI LLP
RIVERFRONT OFFICE PARK
ONE MAIN STREET
CAMBRIDGE, MA 02142


MARTY T. BARNOWSKI-GALLO
7708 COLONIAL ROAD
BROOKLYN, NY 11209


MATTHEW RUANE
1 ROEBLING COURT
LEONARDO, NJ 07737


MICHAEL MORFIT
C/O MULTITRADE SECURITIES LLC


MWSLV, LLC
PO BOX 2258
WEST CHESTER, PA 19380


NIMIT SAVANI
235 EAST 40TH STREET
APARTMENT 20G
NEW YORK, NY 10016


NYC DEPT. OF FINANCE
ATTN: LEGAL AFFAIRS- DEVORA CO
345 ADAMS STREET, 3RD FLOOR
BROOKLYN, NY 11201


NYS DEPT. OF TAXATION & FIN
P.O. BOX 5300
BANKRUPTCY/SPECIAL PROCEDURES
ALBANY, NY 12205-0300


NYS UNEMPLOYMENT INSURANCE
P.O. BOX 551
ALBANY, NY 12201


P. MCCOLLUM
C/O MCCOLLUM & COMPANY
60-64 MAY ST.
BELFAST, N. IRELAND BTI4NP

PAUL LODUCA
324 TROTTING LANE
WESTBURY, NY 11590


PEGGY VON SEGGERN
TRUST OFF. FREEMONT NAT. BANK
P.O. BOX 169
FREMONT, NE 68025


RICHARD A. BROOKS
179 YANCEY LANE
NORTH FORT MYERS, FL 33903


RICHARD E. MISIURA
6 CAMELIA COURT
HOLMDEL, NJ 07733


RICHARD KRILL
30 ABRAHAM ROAD
WHITEHOUSE STATION, NJ 08889


RICHARD SCHIFFRIN
127 KNIGHTSBRIDGE ROAD
WYNNEWOOD, PA 19096


RICHARD WALLNER
16 WASHINGTON HEIGHTS STREET
SELDEN, NY 11784


ROBERT BRADLEY
150 W. 58TH STREET
APT. 9D
NEW YORK, NY 10019


ROBERT J. CAPUTO
500 WEST STREET
HARRISON, NY 10528


ROBERT WEINSTEIN
60 HEMLOCK DRIVE
ROSLYN, NY 11576


SEAN BROCKING
6 NIXON COURT
LAKE GROVE, NY 11755

SECURITY EXCHANGE COMMISSION
THE WOOLWORTH BUILDING
233 BROADWAY - JOHN MURRAY
NEW YORK, NY 10279


STEVEN HOWIE
80 BRIARWOOD AVENUE
ATLANTIC HIGHLANDS, NJ 07716


STEVEN LEVY
212-30 23RD AVENUE
APARTMENT 5K
BAYSIDE, NY 11360


UNION STANDARD
5662 CALLE REAL #118
GOLETA, CA 93117


UNITED STATES ATTORNEY
ATTENTION: CHIEF -BANKRUPTCY L
271 CADMAN PLAZA EAST
BROOKLYN, NY 11201


UNITED STATES TRUSTEES OFFICE
REGION 2
33 WHITEHALL STREET, 21ST FL
NEW YORK, NY 10004


WACHTEL & MASYR, LLP
ONE DAG HAMMARSKJOLD PLAZA
885 SECOND AVENUE
NEW YORK, NY 10017