**United States Bankruptcy Court**
**Southern District of New York**

In re LIGHTHOUSE GLOBAL PARTNERS, LLC, *et al.*

Case No.: 10-16501 (SMB)
Chapter 11

**AMENDED LIST OF CREDITORS
HOLDING 20 LARGEST UNSECURED CLAIMS
FOR LIGHTHOUSE FINANCIAL GROUP, LLC**

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff | Nature of the Debt |
|---|---|---|---|
| MWSLV, LLC<br>P.O. Box 2258<br>West Chester, PA 19380 | $1,000,000.00 | Unliquidated<br>Disputed | Subordinated FINRA loan agreement |
| Puppy Productions<br>666 Burrard Street, Suite 2800<br>Vancouver, British Columbia<br>CANADA | $1,000,000.00 | | Subordinated loan agreement |
| Arthur Ayzerov<br>99 Nichols Drive<br>Paramus, NJ 07652 | $650,000.00 | | Unpaid wages and bonus |
| Fidessa Corporation<br>17 State Street<br>42nd Floor<br>New York, NY 10004 | $600,000.00 | Disputed | Trade debt |
| David J. Vroubel<br>21 Stuyvesant Oval<br>Apartment 12D<br>New York, NY 10009 | $600,000.00 | | Subordinated loan agreement |
| SLG Graybar Mesne Lease, LLC<br>c/o SL Green Realty Corp.<br>420 Lexington Avenue<br>New York, NY 10170 | $440,000.00 | | Rent |
| Bloomberg Finance L.P.<br>731 Lexington Avenue<br>New York, NY 10022 | $311,516.55 | | Trade debt |
| Nimit Savani<br>235 East 40th Street<br>#20G<br>New York, NY 10016 | $252,518.00 | | July productions; pre-July productions; wages; overrides |

SB/831382.1/059725

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff | Nature of the Debt |
|---|---|---|---|
| Steven Levy<br>212-30 23rd Avenue, Apartment 5K<br>Bayside, NY 11360 | $250,000.00 | | Subordinated FINRA loan agreement |
| InfoHedge Technologies LLC<br>747 3rd Avenue, 4th Floor<br>New York, NY 10017 | $247,340.00 | | IT Support |
| Steven Howie<br>80 Briarwood Avenue<br>Atlantic Highlands, NJ 07716 | $186,763.94 | | July productions |
| NASDAQ Stock Market LLC<br>One Liberty Plaza<br>165 Broadway<br>New York, NY 10006<br>(202) 401-8700 | $123,360.64 | | Trade debt |
| Thompson Reuters<br>195 Broadway<br>New York, NY 10007<br>(212) 367-6300 | $113,819.19 | | Research service provider |
| Wave 2 Wave New York, Inc.<br>Continental Plaza, 6th Floor<br>433 Hackensack Avenue<br>Hackensack, NJ 07601 | $106,115.73 | | Internet services and legal costs |
| Automated Securities Clearance<br>c/o Creditors Resource Group<br>1539 Jackson Avenue, Suite 400<br>New Orleans, LA 70130 | $102,757.02 | | Trade debt |
| Meredith Whitney Advisory Group<br>50 West 57th Street, 2nd Floor<br>New York, NY 10019 | $93,362.84 | | Trade debt |
| MSCI Inc.<br>88 Pine Street, 2nd Floor<br>New York, NY 10005 | $81,097.50 | | Trade debt |
| Greystone Equipment Finance Corp.<br>8144 Walnut Hill Lane<br>Suite 900<br>Dallas, TX 75231<br><br>EQ Acquisitions, as assignee from | $67,720.47 | | Lease for office equipment |

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff | Nature of the Debt |
|---|---|---|---|
| Greystone<br>Equilease Financial Services<br>50 Washington Street<br>10th Floor<br>Norwalk, CT 06854 | | | |
| IRC Securities<br>555 Fifth Avenue, 6th Floor<br>New York, NY 10017<br>Attn: Frederick Edwards, COO | $60,000.00 | | Service provider for soft-dollar business |
| American Express<br>US Payment Florida<br>2965 West Corporate Lakes Blvd.<br>Fort Lauderdale, FL 33331 | $56,000.00 | | Expenses |